**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| JOHN F. HODGSON, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GUIDANT CORPORATION, et al., )<br>)<br>Defendants. ) | Cause No. 1:05-cv-1174 JDT-TAB |

### ORDER DISMISSING CASE WITHOUT PREJUDICE

The Plaintiff, John F. Hodgson, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1), having filed his Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a), and the Court having considered the Notice and being duly advised, the Court now finds that voluntary dismissal is appropriate under Rule 41(a)(1) because the Defendants have not filed an answer or summary judgment.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the above-captioned case is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

SO ORDERED this __24th__ day of __October__, 2005.

_____
John Daniel Tinder, Judge
United States District Court